

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jennifer Sanchez, individually and
as representative of the Estate of
Veronica Sanchez, and Edward Sanchez,

Vs. No. 11-24-00097-CV

K&C Chicken 2, LLC, individually
and d/b/a Bush's Chicken, and Bush's
Chicken,

\* From the 238th District Court
  of Midland County,
  Trial Court No. CV59433.

\* August 7, 2025

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against K&C Chicken 2, LLC, individually and d/b/a/ Bush's Chicken, and Bush's Chicken.